IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| BOBBY L. WRIGHT, | * | |
| Plaintiff | * | |
| vs. | * | CASE NO. 3:17-CV-161-CDL |
| OCONEE COUNTY GEORGIA, | * | |
| Defendant, | * | |
| _____ | * | |

## O R D E R

Plaintiff was directed to show cause by April 13, 2017, why he failed to serve Defendant within the 90 day time limit after filing his Complaint. Plaintiff has not responded to that Order, and the time to file such a response has expired. Therefore, the Complaint in this action is hereby dismissed without prejudice.

IT IS SO ORDERED, this 18th day of April, 2018.

s/Clay D. Land
CLAY D. LAND, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA