IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BOBBY L. WRIGHT, | * |
| Plaintiff, | * |
| v. | Case No. 3:17-cv-161 (CDL) |
| | * |
| OCONEE COUNTY, GEORGIA, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 18, 2018, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 18th day of April 2018.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk